■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROJELIO ORTIZ, Appellant.—Judgment, Supreme Court, Bronx

County (Bertram Katz, J.), rendered on June 16, 1987, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Rubin, JJ.